**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Civil Case Number:** _____

FILED by _PG_ D.C.

AUG 2 8 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

JOSE LOTHARIO HARVEY
(Write the full name of the plaintiff)

vs.

Alexis, Figueroa M.D.
N.P. Lurita
Denis A Vilchez M.D.

(Write the full name of the defendant/s in this case)

cat / div _1983/550/MIA_
Case # _____
Judge _____ Mag _White_
Motn ifp _Yes_ Fee pd $ _no_
Receipt # _____

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

## I. Party Information

**A.** Plaintiff: _JOSE HARVEY_

Address: _1004  27 AVE  WEST  BRADENTON, FL 34203_

Inmate/Prison No.: _577847_          P.H. _941-592-4212_

*Year* of Birth: _1966_          (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

**B.** Defendant: _ALEXIS, FIGUEROA_     Defendant: _LURITA_

Official Position: _MEDICAL/DOCTOR_  Official Position: _NURSE, PRACTITIONER_

Place of Employment: _SUWANNEE CI_  Place of Employment: _SUWANNEE C.I._

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants. )

DEFENDANT: DENIS A VILCHEZ

OFFICIAL POSITION: MEDICAL DOCTOR
PLACE OF EMPLOYMENT: SANTA ROSA C.I.

## STATEMENT OF CLAIM

THIS CLAIM IS AGAINST N.P. LURITA

ONE DAY OF JUNE 2018 I WAS BEING SEEN BY A NURSE FOR MY DAILY DRESSING CHANGE SHE NOTICE THAT THE ULCER ON MY ANKLES HAD GOTTON WORSE BECAUSE THE DOCTOR HERE HAD NOT SENCE SEEN ME, IN OVER 4 1/2 MONTHS DO TO THIS TYPE, OF NELECT MY SYSTEM BECAME SEPTIC IN THE PASS ANE THE NURSE THAT WAS SEEING ME AT THE TIME KNEW ABOUT HOW SICK I HAD GOTTON BECAUSE OF THE LEVEL OF INFECTION THAT HAD BUILT UP IN MY BODY SO SHE FELT THE NEED TO GET THE DOCTOR BUT HE WAS BUSY SO SHE GOT THE NURSE PRACTISIONER, LURITA TO SEE ME SO N.P. LURITA CAME IN BUT AS SOON AS SHE TOOK ONE LOOK AT MY ANKLES SHE SEEN JUST HOW BAD THEY WERE SHE WANTED TO DEBREED THEM AND CAUTERIZE THEM BUT SHE IS ONLY A NURSE, PRACTISIONER NOT A SURGENT AND IF THE DOCTOR HAD NOT DENIED , REFUSE AND NELECTED ME MY ANKLES WOULD BE AT THE POINT OF A CHRONIC CONDITION SO I DIDN'T NOT WANT HER OR THE DOCTOR TO DO ANYTHING TO ME AT THE PRISON I NEEDED TO BE SENT OUT TO A HOSPITAL TO BE SEEN BY

A Surgent and wound care specailist not a nurse so do to me not wanting her to cut on my ankles in a prison setting without being a surgent she got very mad and told one of the other nurses to get the Doctor He came into the Room with a very nasty attitude telling me he was not going let me or no one else mess up his License, so I need to comply with his nurse practisioner LURITA Let her cauterize and de-breed my ankle I told the both of them that I only have #90-Day's left before I E.O.S as a free man and if he or she would have been on there Job and Really wanted to Help me they would have Sent me to a wound care Specailist 6th month month's before not when Im about to be Released into the Free world see that when they both got mad at me and refused to write orders for my wound care in which I nkened very Badly every day and for 2½-months I had to do the wound care dressing in the Dorm By myself and 3-to-4 days out of the week I had to Keep the same dirty dressing on my ankles for 3-to-4 day Before one of the nurse's Felt sorry for me and changed them

1) "STATEMENT OF CLAIM"

THIS CLAIM IS AGAINST: "DENIS A. VILCHEZ M.D.'S"

ON THE DATE OF 8/14/16 AT APPROXIMATELLY 5:45 PM I
WAS IN THE MEDICAL DEPARTMENT AT SANTA ROSA, C.I. ATTEMP-
TING TO SOAK MY FEET IN WHICH I DID EVERY DAY AT THE
SAME TIME I HAVE VERY BAD SICKLE CELL ULCERS ON BOTH
OF THEM A 1/4 INCH FROM THE BONE SEE I HAD JUST
FENISHED SOAKING MY FEET AND ATTEMPED TO CLEAN UP
THE WATER THAT HAD SPILT ON THE FLOOR IN WHICH IT
DID EVERY TIME I SOAKED SEE I ASKED DAILY FOR
PADS TO PUT UNDER THE PAN BUT THE NURSE NEVER GAVE
ME ANY SHE ONLY GAVE ME PAPER TOWELS IN WHICH
NEVER REALLY DID THE JOB THAT WELL SO ON THAT DAY OF
8/14/16 I CLEANED UP THE WATER LIKE ALL WAYS BUT ALL
OF IT WAS NOT DRYED UP SO WHEN I REACHED FOR MY
WALKER I SLIPPED HAD YES I WENT DOWN AND STAYED THERE
BECAUSE I SNAPPED THE A.C.L@ AND TORE THE MENISCUS DO
TO THIS THERE WAS A FRACTURE ON THE LEFT SIDE OF THAT
LEFT KNEE NOW AFTER THE NURSE AND A OFFICER HELPED
ME OFF THE FLOOR I WAS HELPED INTO A WHEELCHAIR IN-
WHICH I STAYED IN FROM 8/14/16 UNTIL 2/20/18 BUT
DO TO MY FALL THE DOCTOR DENIS A, VILCHEZ DENID
ME A M.R.I BUT ON 8/17/16 3 DAYS LATER HE
HAD ME TAKE X-RAYS OF MY KNEE BUT DO TO
SOFT TISSUE DAMAGE DID'NT MUCH SHOW UP BUT →

2)

THE FRACTURE OF THE KNEE SEE I DID'NT RECIVE A M.R.I UNTIL #Six MONTHS LATER AND THE REGIONAL DIRECTOR OF DOCTORS AT R.M.C HAD THEM TAKEN OF MY KNEE AND THATS WHEN THEY SEEN ALL THE DAMAGE THAT WAS DONE DO TO MY FALL AT SANTA ROSA C.I. WHERE WAS GREATLY NEGLECTED BY THE DOCTOR AND MEDICAL DEPARTMENT I WAS TREATED WITH DELIBERATE INDIFFERENCE BY DENIS A, VILCHEZ M.D. AND STAFF AT SANTA, ROS, C.I. AND PUT IN A WHEELCHAIR TO ROT SEE I WAS SUPOSE TO BE SHIPPED Admittedly TO A LOCAL HOSPITAL FOR TEST TO BE RAN ON MY KNEE IT TOOK #14 TEEN MONTHS BEFORE FINALLY GOT TO A SURGEON ON 10/13/17 THAT GAVE A PROPER ASSEMENT HIS OPINION WAS TOTAL KNEE REPLACEMENT NOW I CAN'T WALK STARIGHT OF FAR WITHOUT MY KNEE SLIPPEN OUT OF PLACE AND GREAT PAIN. THE FALL CAUSED ME PREMENATE DAMAGE TO MY KNEE NOW I CAN NOT WALK, STRAIGHT ON MY LEFT KNEE WITHOUT GREAT PAIN AND A VERY BAD LIMP

SEE IF THIS DOCTOR WOULD HAVE SENT ME TO A HOSPITAL APOND MY FALL TO HAVE A "M.R.I" AND SENT ME TO A SURGENT TIMELY AND IN ORDER WITH THERIPEY I WOULD NOT BE PERMENTLY WALKING WITH A LIMB

1) "STATMENT OF CLAIM"

THIS CLAIM IS AGAINST FIGUEROA M.D.
                          ALEXIS

I WAS SHIPPED HERE TO SUWANNEE. C.I. FROM R.M.C
HOSPITAL I DECEMBER OF 2017 STRAIGHT INTO THE
INFIRMARY HERE AT SUWANNEE, C.I. ANNEX AS A -
CHRONIC MEDICAL #5 - INMATE UNDER THE A.D.A
YES A INFIRMARY INMATE CONFINED TO A -
WHEEL CHAIR DO TO GRAVE INJURYS TO MY
LEFT KNEE EVERY TIME I TRYED TO WALK MY
KNEE SLIPPED OUT AND I FELL I STAYED IN THE
INFIRMARY FOR 2 1/2 MONTHS IN FEBUARY OF 2018
I WAS FORCED OUT OF THE INFIRMAY WITHOUT NOTICE
WITH A HIGH LEVEL OF INFECTION IN MY BODY FROM
ULCER'S THAT I HAVE ON BOTH ANKLES THEY ARE
SO DEEP UNTIL THEY ARE A 1/4 OF A INCH FROM
THE BONE THE DOCTOR ALEXIS FIGUEROA, M.D. HAD
A MALE NURSE AND M, OFFICER DEMAND ME TO
LET THE NURSE TAKE THE Picline OUT OF
MY ARM AND A FEW DAY'S AFTER THAT I
WAS PUT OUT OF THE INFIRMARY AND
DEMANDED AND FORCED OUT OF THE WHEEL CHAIR
BY ANOTHER OFFICER AND THE SAME NURSE THEY
GAVE ME A WALKER THAT CAUSED ME TO FALL
OVER THE TOP OF IT TO DIFFERENT ACCATION

2)

NOW I SEEN THE DOCTOR ON 2/14/18 & 3/6/18
I BEGGED HIM WITH TEARS TO HELP ME ME
TO PLEASE GIVE ME BACK THE WHEELCHAIR BEC-
AUSE NOW I WAS MISSING MEAL'S BECAUSE I
COULD'NT WALK THE # 250 PLUS YARD'S THE
THE CHOW HALL AND BACK TO THE DORM SEE
SENCE THEN I'VE BEEN DENIED B/OOD BECAUSE
MY BLOOD COUNT WAS AND IS STILL LOW
ABOUT 7.1 LAST YEAR IN OR SHALL I
SAY MAY OF 2017 IT WAS 6.1 AND THE
HOSPITAL IN JACKSONVILLE, FL COULD'NT
DO A LUNG BYOPSY ON ME UNTIL THEY
GAVE ME 2-UNITS OF B/OOD SEE THE DOCTOR
HERE REFUSED TO WRITE ORDERS FOR ME FOR
OVER 3-MONTH'S I HAD TO DO MY OWN
WOUND CARE YES THE NURSE'S HERE USE TO
GIVE ME THE DRESSING TO DO IT'S MYSELF
THIS IS NEGLECT AND DO TO THIS MY ULCER'S
OPENED BACK UP AND GOT HIGHLY INFECTED
TODAY IS 8/15/18 AND IM STILL BEING
NELECTED MY THIS DOCTOR AND SOME OF HIS
STAFF FROM JUNE UNTIL JULY I HAD
TO WALK AROUND WITH THE SAME GREEN INFECTED
DRAINAGE COMING OUT OF MY ANKLE FOR UP TO # 72 HOW
AT A TIME NOT JUST ONE DAY BUT ON AND OFF FOR 2½ MONTHS

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

*SEE, ATTACHMENT'S*

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

*I WANT THE UNITED STATES DISTRICT COURT TO DEMAND THAT THESE DOCTORS AND THE STATE OF FLORIDA TO PAY ME FULL COMPENSATION FOR MY PAIN AND SUFFERING AND PERMENT DAMAGES TO MY BODY IN THE AMOUNT OF $7,4,000,000*

**IV. Jury Demand**

Are you demanding a jury trial?     ✓ Yes     _____ No

Signed this ___8___ day of ___21___, 20_18_

_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: ___8/21/18___

_____
Signature of Plaintiff

My – RETURN: Address

JOSE HARVEY
1004 27 AVE WEST
BRADENTON, FL 34205

P.H. - 941-592-4212

SEE THIS PROVES THE DOCTOR AND THE STATE OF FLORIDA HAS VIOLATED MY
MY CONSTITUTIONAL RIGHTS UNDER THE "EIGHTH AMENDMENT" I WILL ALSO BE
BRING CLAIMS IN FEDERAL COURTS UNDER THE FEDERAL TORT CLAIMS ACT
OR A "FEDERAL STATUTE" SUCH AS THE (AMERICANS WITH DISABILITY ACT.)
THIS SECTION, HOWEVER, WILL FOCUS EXCLUSIVELY ON THE RIGHTS TO TOTAL
PROPER MEDICAL CARE UNDER THE (U.S., CONSTITUTION.) (A.D.A), 42 U.S.C.
12101 BY THIS RULE INMATES SHALL BE PROVIDED THE OPPORTUNITY TO IDENTIFY THE
NATURE OF ANY DISABILITY AND TO REQUEST AN ACCOMMODATION OR AUXILIARY AIDS. BUT
SENCE FEBRUARY, 2018 I WAS PHYSICALLY AND FORCEFULLY PUT OUT OF MY "WHEELCHAIR" IN
WHICH WAS GIVEN TO ME BY A DOCTOR AT THE "REGINAL MEDICAL CENTER" INFIRMARY YES A
PERMENNET WHEELCHAIR AND PASS BY "M. IRIARRY, M.D." GIVEN TO ME
TO LAST UNTIL I GO HOME ~~OR~~ FROM 9-6-17, TO, 9-6-18 MY (E.O.S) DATE
IS 8-24-18 THE PASS WAS GIVEN         TO LAST UNTIL I GO HOME
SEE I FAIL IN MEDICAL AT SANTA ROSA C.I. ON THE DATE OF 8/14/16
AND TORE MY A.C.L's, MENISCUS AND FRACTURED MY LEFT KNEE IN WHICH IT
TOOK D.O.C DOCTORS AND MEDICAL DEPARTMENT #5½ MONTHS TO GET
ME A C.T-SCAN -&- M.R.I TO SHOW THE DAMAGE TO MY KNEE AND
IT TOOK #10, MORE MONTHS TO GET TO A SURGEON ON 10-13-17 FRIDAY THE
13TH THE SURGEON SAID THAT I NEED VERY BADLY TO HAVE TOTAL
KNEE REPLACEMENT AND HERE AT SUWANNEE C.I. ANNEX THE DOCTOR
FIGUEROA. A M.D. TOOK THE WHEELCHAIR AND IS "FORCEING ME TO
WALK AROUND ON MY KNEE" IN WHICH POPS OUT OF PLACE OFTEN
LIKE I SAID I STILL HAVE A PERMENET PASS FOR THE CHAIR HE TOOK
BY THE DOCTOR AT R.M.C AND THE A.D.A THIS CLEARLLY CRUEL AND
UNUSEUAL PUNISHMENT TO HAVE ME WALK AROUND WITH A CHRONIC DAMAGED KNEE
AND HOLE IN BOTH ANKIE'S FROM CHRONIC INFECTED SICKLE CELL ULCER'S
ON THEM THAT HAS NOT BEEN PROPERLY TAKEN CARE OF IN OVER 6½-
MONTH'S SENCE I WAS FORCED OUT OF THE INFIRMARY STILL SICK AND A
PICK LINE TAKEN OUT OF MY ARM IN WHICH ~~I~~ GREATLY NEEDED TO GET RID
OF THE IFECTION'S THAT I STILL RIGHT NOW HAVE RUNNING AROUND IN M
BODY AND ANKIE'S YES GREEN DRAINAGE COMEING FROM THEM AND TODAI
THE ORDER'S THAT WAS WRITEN BY THE DOCTOR FOR ONLY 2-WEEK LAP'S OR-
SHALL I SAY I'S OVER 7/20/18 REMEMBER I WAS DENIED TREATMENT FROM 6/6/
TO 7/6/18 AND HAD TO GO WITHOUT GETTING MY DRESSING CHANGED FROM #3
4 DAY'S OUT OF THE WEEK UNTIL TO WEEK'S AGO NOW TODAY 7/20/18 THE
ORDER'S STOPS AGAIN AND I HAVE NOT BEEN WRITEN ANYTHING FOR PAIN IN, ALL THIS
TIME THIS DOCTOR FIGUEROA. A M.D. ENJOY SEEING OTHER'S SUFFER IN, INFLICT
PAIN WITHOUT MERCY-OR- PITY DELIBERATELY THIS IS SAVAGE LIKE AND INHUMAN-
-NEXT!

"NOW BACK TO THE ISSUE AT HAND"

(a) My SERIOUS MEDICAL NEED'S

(b) YES THE PRISON OFFICIALS KNOW OF AND HAS SHOWED "DELIBERATE, INDIFFERENCE"

(c) "THIS DELIBERATE, INDIFFERENCE" HAS CAUSED ME GREAT BODILY INJURY

("UNDER THE EIGHTH AMENDMENT")

IF DIAGNOSED BY ANY PHYSICIAN THAT THE TREATMENT IS LEFT UNATTENDED AT ANY RATE SUBSTANTIAL RISK OF SERIOUS HARM-OR- DEATH WILL COME TO THE PATIENT

Hill v. DEKALB REG'L YOUTH DET. CTR, 40 F.3d 1176. 1187 (11TH CIR. 1994). SEE UNDER THESE RULES IM AM

CLEARLY AT RISK OF BODILY HARM AND MY ILLNESS CAN AND WILL CAUSE MY GREAT HARM OF EVEN DEATH IF UNATTENDED LIKE IT HAS BEEN DELIBERATELY HERE BY THIS UNPROFESSIONAL DOCTOR FIGUEROA A. M.D.

SEE I HAVE A CASE OF CHRONIC "SICKLE-CELL ANIMIER" AND I HAVE HAD #2 "SICKLE CELL" CRISSIE'S IN THE PAST #2, YEAR'S AND THEY WAS LEFT UNATTENDED ONECE AT R.M.C AND ONECE HERE MY "HEMOGLOBIN" HAD DROPED TO "6.1" LAST YEAR AND I WENT INTO A CRISSIE'S AT JACKSONVILLE MORMOIAL I WAS THERE FOR A LONG BYOPSY THEY GAVE ME #2 UNIT'S OF BLOOD AND RIGHT NOW I NEED BLOOD AS I SIT HERE WRITEING THIS GRIEVANCE IT'S RIGHT NOW "7.1" AND IM IN GREAT PAIN AS WE SPEAK I DON'T KNOW ===IF IM GOING TO MAKE IT HOME NEXT MONTH ON 8/24/18 I FILL MY LIFE IS AT (JEOPARDY) UNDER THE CARE OF THIS DOCTOR I NEED HELP RIGHT NOW BADLY PLEASE HELP BEFORE I'TS TO LATE,....

MAILED/FILED
WITH AGENCY CLERK

AUG 1 0 2018

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| HARVEY, JOS... | | 18-6-32195 | SUWANNEE C.I. ANNEX | I1133S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

Your request for Administrative Remedy or Appeal has not been filed in compliance with Chapter 33-103.006, Inmate Grievance Procedure. You did not provide this office with a copy of the formal grievance filed at the institutional level as required by rule or the reason you provided for by-passing that level of the grievance procedure is not acceptable.

Based on the foregoing information, your appeal is returned with no action.

J. Adams

| | *J. Adams* | 8/2/18 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

FLORIDA DEPARTMENT OF CORRECTIONS

RECEIVED

REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL    JUL 26 2018

Department of Corrections
Inmate Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden    ☐ Assistant Warden    ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

_HARVEY_ _JOSE_ _L_    _577847_    _SUWANNEE C.I. ANNEX_
Last    First    Middle Initial    DC Number    Institution

18-6-32195

---

**Part A – Inmate Grievance**

THIS FORMAL GRIEVANCE HAS JURISDICTION PURSUANT TO CH.33-103.008 FLA. ADMIS CODE, MEDICAL NATURE

TO WHOM IT MAY CONCERN WOULD YOU PLEASE TAKE THE MOST PROFOUND CONCRETE CONSIDER

-ATION OF THE UNPROFESSIONAL CONDUCT OF FIGUEROA. A. M.D. SEE FOR THE LAST 3½ MONTHS I

HAVE NOT TREATED FAIRLY HERE AT SUWANNEE C.I ANNEX THE DOCTOR HERE FIGUEROA N.M.D. HAS

NOT WRITTEN ANY ORDERS FOR MY ROUTINE WOUND CARE DRESSING CHANGE I HAVE DEEP ULCERS ON

BOTH ANKLES DO TO POOR BLOOD CIRCULATION CAUSED BY A CHRONIC CASE OF SICKLE CELL ANEMIA THIS

DOCTOR HAS GREATLELY NEGLECTED ME SENCE I'VE BEEN HERE SEE I SEEN THE DOCTOR ON 2/14/18-&

3/6/18 BUT THE END OF THE NEXT MONTH APRIL HE FAILED TO RENEW THE ORDERS BECAUSE JUNE

6th TO JULY 6th THE DOCTOR WAS SUMMON BY A NURSE TO SEE HOW BADLY THE ULCERS ON MY

ANKLES HAD GOTTEN SENCE THEY LAST TIME HE HAD SEEN THEM #3-MONTH EARLIER HE CAME

INTO THE TREATMENT ROOM WITH A VERY NASTY ARROGANT ATTITUDE TOWARDS ME BECAUSE HE DROP-

PED THE BALL AND LET A VERY BAD CASE GET CHRONICLY WORSE TALKING ABOUT HE'S NOT GOING

TO LET ME OR ANY ONE ELSE DAMAGE OR TAKE HIS MEDICAL LICENSE LOOK I REALLY DIDN'T KNOW, WH-

ERE ALL THIS STEMMED FROM WITH HIM COMMING INTO THE TREATMENT ROOM HUMILIATING ME

BECAUSE HIS FAILURE TO GIVE THE PROPER DIAGNOSIS TO TREAT MY ANKLES AS A MATTER OF FACT

THE ORDERS FOR MY TREATMENT OF THE ANKLE HE WROTE CAUSED THEM TO START DETERIORATING

SLOWLY WITH GREEN DRAINAGE COMMING FROM THEM SO SEEING THEM LOOK SO BAD BECAUSE HE

FAILED TO CLOSELY MONNITOR ME AS NEEDED HE PANICED AND WENT OFF ON ME BECAUSE OF HIS BADLY

NEGLECTING ME SO THIS WAS WHEN HE GAVE ORDERS TO THE NURSE TO BURN MY ANKLES BY BRAND,

SCORCH, OR CAULTERIZE WHAT EVER YOU WANT TO CALL IT HURTS VERY BADLY WITHOUT PROPER

PAIN MEDICATION GIVEN TO THE PATIENT BEFORE AND AFTER THE PROCEDURE BUT DO TO

THE DOCTOR BEING MAD AT ME HE TOLD THE NURSE TO GIVE ME ONLY IBUPROFEN SO I REFUSE

THE PROCEDURE DO TO IT BEING CRUEL-AN-UNUSUAL PUNNISHMENT AFTER THIS, HE GAVE THE

THE NURSE ORDERS TO DENIE ME TREATMENT FOR THE WOUND CARE AND FOR THREE TO FOUR

DAYS OUT OF THE WEEK I WAS DENIED WOUND CARE FROM 6/6/18-TO-7/6/18 THIS IS

CLEARLY "DELIBERATE INDIFFERENCE" AND "NEGLIGENCE" ESTELLE V. GAMBLE 429 U.S. 97 (1976)

_7/20/18_    _Jose Harvey_
DATE    "CONTINUOUS"    SIGNATURE OF GRIEVANT AND D.C. #

---

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:    _7_    _signature_
#    Signature

230

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code.  When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels.  The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution.  If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: _____    Institutional Mailing Log #: _____

(Date)    (Received By)

DISTRIBUTION:    INSTITUTION/FACILITY    CENTRAL OFFICE
INMATE (2 Copies)    INMATE
INMATE'S FILE    INMATE'S FILE - INSTITUTION/FACILITY
INSTITUTIONAL GRIEVANCE FILE    CENTRAL OFFICE INMATE FILE
CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)    Incorporated by Reference in Rule 33-103.006, F.A.C.

## PART B - RESPONSE

| HARVEY, JOSE | 577847 | 1806-231-079 | SUWANNEE C.I. ANNEX | I1133S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has been received, reviewed & evaluated.

Investigation into your grievance reveals the following:
Be advised your allegations against Dr. Figueroa are unfounded. There is no indication that you have been denied access to medical, denied medical care or been treated with deliberate indifference or negligence due to race or any other reason. You may not agree with the treatment regimen and you have the right to refuse treatment at any time, but that does not mean that you are not being provided adequate care. Be advised that inmates do not have the authority to dictate which medication or how a medication is prescribed. You are being followed for your medical conditions in your chronic illness clinics and were seen by Dr. Figueroa for your pressure ulcer on 2/14/18 & 3/6/18, seen, evaluated, treated and medically necessary medications & passes issued. Given instruction to return to medical as needed. Since that date you have not accessed sick call concerning your pressure ulcers. You are scheduled to be seen by the Clinician in the very near future and you can discuss your medical concerns with him/her at that time. If you have any further medical questions or concerns you may access sick call to address them.

Based on the foregoing your grievance has been DENIED.

You may obtain further administrative review of your complaint by obtaining form DC1-303.  Request for Administrative Review or Appeal, Completing the form, providing attachments as required by 33-103.007(3)(a) and (b), F.A.C. and forwarding your complaint to the Bureau of Inmate Grievance Appeals, 501 South Calhoun, Tallahassee, Fl. 32399-2500, within Fifteen(15) days from date of this response.

MAILED 7·5·18

CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR ADDRESSEE(S) ONLY.
UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

| F. Cruz, MD Suwannee CI | | 7·3·18 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

## PART C - RECEIPT (TO BE COMPLETED BY DC STAFF)

RETURN TO:

| HARVEY, JOSE | 577847 | 1806-231-079 | SUWANNEE C.I. ANNEX | I1133S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

07 (MEDICAL)

mailed on

6/25/18

| DATE | | FORMAL GRIEVANCE LOG NUMBER |
|---|---|---|
| | | 1806-231-079 |

**FLORIDA DEPARTMENT OF CORRECTIONS**

*Sensitive Medical Nature urgent*

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☑ Warden  ☐ Assistant Warden  ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| HARVEY | JOSE | L | 577847 | SUWANNEE C.I. ANNEX |
|--------|------|----|--------|---------------------|
| Last | First | Middle Initial | DC Number | Institution |

---

**Part A – Inmate Grievance**

THIS FORMAL GRIEVANCE HAS JURISDICTION PURSUANT TO CH. 33-103.008 FIA. ADMIN CODE. MEDICAL NATURE TO WHOM IT MAY CONCERN, WOULD YOU PLEASE TAKE THE MOST PROFOUND AND SPICIFIC CONCRETE CONSIDERATION OF THE UNPROFESSIONAL CONDUCT OF FIGUEROA. A M.D., SEE I'VE BEEN HERE AT SUWANNEE C.I. ANNEX, WHEN I CAME HERE I WAS A MEDICAL'S INMATE HOUSED IN THE INFIRMARY WITH A VERY BAD CHRONIC CONDITION OF "INFECTED STAYSIS ULCERS" ON BOTH ANKLES DO TO A BLOOD DISEASE CALLED SICKLE CELL ANIMIA, AT THAT TIME I COULDN'T WALK BECAUSE THE ULCERS HURT SO VERY BADLY, AND I HAD FALLON AT SANTA ROSA C.I. AND TORE UP MY A.C.L. AND MINISCUS, I ALSO HAD A "HAIR LINE FRACTURE OF THE KNEE" AND UNDER THE KNEE CAP THERE WAS A ABCESS, I BECAME SEPTIC - AND - TOXIC, I WAS IN EXTREAM PAIN, BECAUSE THE LEVEL OF INFECTION THAT WAS IN MY BODY AT THAT TIME WAS LEATHAL BUT THE DOCTOR REFUSE TO GIVE ME THE PROPER ANTIBIOTICS TO KILL THE INFECTION IN MY BODY, BUT DO TO HIS FEAR OF ME GETTING WORSE HE GAVE ME A BASIC ANTIBIOTIC THAT KILLS STAFF, AND TOOK THE PICK LINE OUT OF MY ARM, AND KICKED ME OUT OF THE INFIRMARY, AND TWO WEEKS AFTER THAT HE HAD HIS NURSE AND A VERY NASTY OFFICER THREATEN ME WITH LOCK UP AND TAKE WHEEL CHAIR THAT I'M SO BADLY IN NEED OF, SENCE THEN I'VE FALLON TWO DIFFERENT TIMES, TRYING TO WALK WITH THESE DEEP INFECTED ULCERS ON BOTH ANKLES AND THE BLIMP KNEE, I HAVE AND RIGHT NOW I'VE BEEN FORCED TO WALK AROUND WITH INFELTION RUNNING OUT OF MY ANKLES, YES GREEN DRAINAGE COMING FROM THEM, AND FOR #3 WEEKS THERE HAS BEEN NO ORDERS WRITTEN IN THE TREATMENT BOOK FOR ME BECAUSE THE DOCTOR REFUSE TO WRITE NEW ORDERS FOR ME, I DON'T KNOW WHY, BUT HE WON'T. AND FOR THE LAST THREE DAYS I HAVE NOT GOTTON MY ANKLE DRESSED NOR CLEANED! BECAUSE HE TOLD THE NURSE NOT TO, THIS IS CLEARLY ABUSE AND NEGLIGENCE I HAVE BEEN UNEQUALLY TREATED AS A MINORITY I KNOW NOW HE'S BIAS AND THATS NOT PROFESSIONAL.

6/22/18
DATE

_Jose Harvey 577847_
SIGNATURE OF GRIEVANT AND D.C. #

---

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

1806-231-079

#____  Signature____

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**RECEIVED**

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: **JUN 25 2018**

_____ (Date)

Institutional Mailing Log #: _____

M. Stofel
(Received By)

Assistent Warden - Programs
Suwannee Correctional Institution

DISTRIBUTION:  INSTITUTION/FACILITY          CENTRAL OFFICE
              INMATE (2 Copies)             INMATE'S FILE - INSTITUTION/FACILITY
              INMATE'S FILE                 CENTRAL OFFICE INMATE FILE
              INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE GRIEVANCE FILE

SEE ATTACHED RESPONSE

3/5

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.

**PART C - RECEIPT (TO BE COMPLETED BY DC STAFF)**

RETURN TO:

| HARVEY, JOSE | 577847 | 1609-119-047 | SANTA ROSA ANNEX | O2142S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

I ACKNOWLEDGE RECEIPT THIS DATE OF A GRIEVANCE FROM THE ABOVE INMATE IN REGARD TO THE FOLLOWING SUBJECT:

07A (GENERAL MEDICAL     (MEDICAL))

| 9/6/16 | 1609-119-047 |
|---|---|
| DATE | FORMAL GRIEVANCE LOG NUMBER |

**PART B - RESPONSE**

| HARVEY, JOSE | 577847 | 1609-119-047 | SANTA ROSA ANNEX | O2142S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

YOUR REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL HAS BEEN RECEIVED, REVIEWED AND EVALUATED.

IN YOUR REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL YOU INDICATE: MEDICAL TREATMENT

THIS GRIEVANCE HAS BEEN REVIEWED. REVIEW OF YOUR MEDICAL RECORD REVEALS THAT YOU WERE SEEN IN ON 8/23/16 BY OUR PROVIDER WITH FOLLOW UP TREATMENT ORDERED. FOLLOW UP VISIT ON 9/6/16 WITH LABS AND FOLLOW UP APPOINTMENT ORDERED. TREATMENT PROVIDED DEEMED APPROPRIATE.

IN LIGHT OF THE ABOVE INFORMATION YOUR FORMAL GRIEVANCE IS DENIED.

TO RECEIVE FURTHER ADMINISTRATIVE REVIEW OF YOUR COMPLAINT, YOU MUST OBTAIN FORM DC1-303, REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL, COMPLETE THE FORM, PROVIDING ATTACHMENTS AS REQUIRED, AND SUBMIT THE FORM TO THE BUREAU OF INMATE GRIEVANCE APPEALS, 501 SOUTH CALHOUN STREET, TALLAHASSEE, FLORIDA, 32399 WITHIN THE TIME FRAMES SPECIFIED IN CHAPTER 33-103.

THIS DOCUMENT MAY CONTAIN CONFIDENTIAL HEALTH RECORD/CARE INFORMATION INTENDED FOR THE ADDRESSEE ONLY.  UNAUTHORIZED RELEASE OR DISCLOSURE MAY VIOLATE STATE AND FEDERAL LAW.

W .D. RUMMEL MD CHO                                    C. COURTNEY, AWP

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 9.23-16 DATE |
|---|---|---|

**Denis A Vilchez MD**
SANTA ROSA CI ANNEX

SEP 26 2016

**FLORIDA DEPARTMENT OF CORRECTIONS**

RECEIVED

OCT 1 1 2016

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

DEPARTMENT OF CORRS.
INMATE GRIEVANCE APPEALS

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| HARVEY | JOSE | L | 577847 | SANTA ROSA ANNEX |
|--------|------|---|--------|------------------|
| Last | First | Middle Initial | DC Number | Institution |

16 6-42391

---

**Part A – Inmate Grievance**

JURISDICTION PURSUANT TO CH. 33-103.008 FLA. ADMIN. CODE. MEDICAL NATURE

DEAR SECRETARY WOULD PLEASE TAKE IN THE MOST PROFOUND SPICIFIC CONCRETE CONSIDERAT-ION OF THE UNPROFESSIONAL CONDUCT OF SANTA ROSA ANNEX MEDICAL STAFF I HAVE GRIEV-ED THIS ON GOING PROBLEM TO THE WARDEN AT INSTITUTIONAL LEVEL AND HAVE BEEN DENIED SO IM HERE BY SUBMITTING IT TO YOU NOW TO THE ISSUE AT HAND THIS DATE OF 10/9/16 I'VE BEEN BACK AND FORTH TO A NUMBER OF MEDICAL CALL OUT TO SEE THE DOCTOR BUT TO NO AVAIL HAVE I BEEN SUBMITTED TO BE SENT TO HAVE A M·R·I NORE HAVE I TAKEN ONE FOR MY KNEE BY THE WAY I ASKED THE DOCTOR "DENIS A VILCHEZ M.D" WHEN WILL I HAVE THE "M·R·I" TAKEN HE TOLD ME FACE-TO-FACE I DONT NEEN A "M·R·I" HOW THIS DOCTOR OR ANYONE ELSE FOR THAT MATTER TELL ME I DON'T NEED A "M·R·I" IF THE "X-RAYS" I'VE TAKEN IN THE PAST CAN'T BE OF ANY HELP TO SHOW THE DAMAGE TO THE TISSUE THE MUSCLE THE TENDONS OF THE BONE IS ALSO DAMAGED BECAUSE I CAN'T WALK WITHOUT MY BONE SHIFTING OUT OF PLACE MY KNEE IS OFF SET AND THERE IS A SPACEING BETWEEN THE BONES NOW THE LEFT LEG I LONGER THAN THE RIGHT ONE I NEED A M·R·I BADLY SO THEY CAN CORRECT THE DAMAGE TO THE KNEE PROPERLY SEE I WOULD NOT HAVE FALLEN IN THE WATER IN THE FIRST PLACE IF THE DOC-TORS HERE WOULD HAVE ADDRESSED THE CHRONIC ULCER ISSUE I HAVE ON MY ANKLES BY JUST SENDING ME TO "LAKE BUTLER" R.M.C TO SEE A SURGENT-N-WOUND CARE SPECIALIST BUT I'VE BEEN HERE #7 MONTHS AND HAVE YET TO GET THE PROPER DIAGNOSIS OR CARE I'M GREATLY IN NEED AND BY THIS I HAVE PERMINET DAMAGE TO MY LEFT KNEE FOR LIFE LIKE IN THE GRIEVANCE TO THE WARDEN THAT WAS DENIED I ADDRESSED THE ISSUE OF NOT BE-ING GIVEN THE CHUCKS TO STOP THE WATER FROM SPILLING ON THE FLOOR IN WHI-CH I DAMAGED MY KNEE VERY BADLY I ASKED FOR THE CHUCKS CONSTA-NTLY OVER-N-OVER BUT NOT GETTING THEM I GET PAIN-&-SUFFERING FOR A LIFE TIME

| 10/9/16 | Jose Harvey 577847 |
|---------|--------------------|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

---

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:

| # | Signature |

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: _____   Institutional Mailing Log #: _____   _____
(Date)                                                                                    (Received By)

16 09-119-047
7H

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---------------|----------------------|----------------|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)   Incorporated by Reference in Rule 33-103.006, F.A.C.

"*Warden*"

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

SEP 0 6 2016

TO: ☑ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

HARVEY JOSE L          577847          Santa Rosa C.I. Annex
Last / First / Middle Initial    DC Number         Institution

16-09-119-047

**Part A – Inmate Grievance**

This formal grievance has jurisdiction pursuant to Ch.33-103.008 Fla. Amin. Code. medical nature

DEAR SECRETARY OF THE FLORIDA D.O.C. WOULD YOU PLEASE TAKE IN THE MOST PROFOUND SPICIFIC CONCRETE CONSIDERATION OF THE UNPROFESSIONAL CONDUCT OF THE MINIMIZED HELP OF SIRTAIN MEDICAL STAFF AT SANTA ROSA C.I. ANNEX NOW THE ISSUE AT HAND ON THE DATE OF 8/14/16 AT APPROXIMATELY 5:45 TO 6:5 P.M. I WAS IN THE MEDICAL DEPARTMENT SOAKING MY FEET AND ANKLES BECAUSE I HAVE VERY BAD OPEN ULCERS THAT ARE CRONIC ON BOTH ANKLES THAT ARE IN NEED OF PROFESSIONAL ATENTION ASAP BEFORE I END UP LOOSEING MY LEGS - OR - FEET SEE I REPEDELLY ASK FOR CHUCKS - OR - SOMETHING I CAN PUT UNDER THE CONTAINER THAT I SOAK IN TO CATCH THE WATER THAT SPILLS ON THE FLOOR BUT NO ONE WANTS TO GIVE THIS TO ME SO ON THE ABOVE DATE I HAD JUST FENNISHED SOAKING AND THE NURSE HAD FENNISHED DOING THE DRESSING ON MY ANKLES I ATTEMPTED TO PASS THROUGH THE POINT WHERE I SOAKED THE FIRST STEP I TOOK NOT THINKING ABOUT THE WATER THAT WAS THERE I WENT DOWN HARD DISLOCATING MY LEFT KNEE AND TAIRING THE TISSUE IN MUS-C/E TENDONS OF THE BONE ON BOTH SIDES OF THE LEFT KNEE ITS BEEN 24 DAYS SENCE MY FALL AND IM STILL UNABLE TO WALK - OR - STAND WITHOUT MY KNEE SLIPPING OUT OF PLACE AT THE TIME OF MY FALL NURSE HALL, LUIS AND OFFICER HOUSE WAS AT THE INSIDENT WHAT THEY SEEN I DONT KNOW I'VE REQUESTED THE INSIDENT REPORT TWICE BUT I HAVE YET TO RECIEVE IT - OR - GET A REPONDS BACK AND I'M IN GREAT NEED OF A "MRI" ASAP YES I'VE HAD A X-RAY #3 DAY AFTER MY FALL BUT I'M HEALING IMPROPER THIS CAN AND WILL CAUSE DAMAGE IN THE LONG RUN

9/8/16                                        Harvey
DATE                         SIGNATURE OF GRIEVANT AND D.C.#
                                             577847

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**   ☑ 1   Santa Rosa
                                                              #        Signature

---

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not including his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: _____   Institutional Mailing Log #: _____   _____
                          (Date)                                                      (Received By)

DISTRIBUTION:   INSTITUTION/FACILITY          CENTRAL OFFICE
                INMATE (2 Copies)             INMATE
                INMATE'S FILE                 INMATE'S FILE - INSTITUTION, FACILITY
                INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                                              CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.