United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Jose Lothario Harvey, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 18-23515-Civ-Scola |
| M.D. Alexis Figueroa and others, | ) |
| Defendants. | ) |

**Order Adopting Magistrate Judge's Report And Recommendation**

This case was referred to United States Magistrate Judge Patrick A. White, consistent with Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. Plaintiff Jose Lothario Harvey claims, under 42 U.S.C. § 1983, that the Defendants have been deliberately indifferent to his serious medical needs while he has been confined in correctional institutions in Florida. On September 4, 2018, Judge White issued a report, recommending that Harvey's case be transferred to the United States District Court for the Middle District of Florida. (Rep. of Mag. J., ECF No. 4.) Harvey has not objected to Judge White's report and recommendations and the time for him to do so has passed.

The Court has considered—de novo—Judge White's report, the record, and the relevant legal authorities. The Court finds Judge White's report cogent and compelling. The Court agrees with Judge White's recommendation that this case should be transferred: this case has no connection with the Southern District of Florida and the events alleged occurred within the jurisdiction of the Middle and Northern Districts of Florida.

The Court thus **affirms and adopts** the report and recommendation (**ECF No. 4**). The Clerk is directed to **close** this case and take all necessary steps to ensure the prompt **transfer** of the action to the United State District Court for the Middle District of Florida. The Court **denies** any pending motions as moot. The Clerk is also directed to mail a copy of this order to Harvey at the address listed below.

**Done and Ordered** at Miami, Florida, on September 27, 2018.

_____
Robert N. Scola, Jr.
United States District Judge

Copy via U.S. mail to:
**Jose Lothario Harvey**
577847
1004 27th Avenue West A
Bradenton, FL 34203